UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

*Lisa M. Cooper v. Bayer HealthCare Pharmaceuticals Inc., et al.*

No. 3:10-cv-20180-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on November 21, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
 **Deputy Clerk**

Dated: November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 08:24:37 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT